IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SITO MOBILE R&D IP, SITO MOBILE, LTD.,**<br>*Plaintiffs*<br><br>**-vs-**<br><br>**HULU, LLC,**<br>*Defendant* | § § § § § § § § § § § § | **6-20-CV-00472-ADA** |

## CLAIM CONSTRUCTION ORDER

The parties requested the Court to construe claim terms of U.S. Patent Nos. 8,825,887 ("'887 patent); 9,026,673 ("'673 patent"); 9,135,635 ("'635 patent"); 9,135,636 ("'636 patent"); 9,591,360 ("'360 patent"); 10,009,637 ("'637 patent") and 10,171,846 ("'846 patent").

The Court provided preliminary constructions on March 19, 2021 and held a claim construction hearing on March 21, 2021, during which the Court heard arguments on the following claim terms: (1) "request for media"; and (2) "play script."

After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below:

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| "request for media"<br><br>'887 patent, claims 39, 45, 68, 98, 99, 115<br>'673 patent, claim 1<br>'635 patent, claim 1<br>'636 patent, claims 1, 34, 47 | Plain and ordinary meaning | a request to provide a particular audio, video, or other data, such as a particular television show or movie | request for a particular media, not a channel |

| "settlement record" / "settlement"<br><br>'887 patent, claims 39, 45, 68, 98<br>'637 patent, claim 7<br>'846 patent, claim 7 | event record to be used for revenue settlement | billable event record to be used for revenue settlement | billable event record to be used for revenue settlement |
|---|---|---|---|
| "play script"<br><br>'673 patent, claim 1<br>'635 patent, claim 1<br>'636 patent, claims 1, 34 | a file containing one or more media references and other information used by a communication device to obtain media | a list customized for the communication device containing one or more media references and instructions executable by the communication device | a file containing one or more media references and other information used by a communication device to obtain media |
| "reservation identification"<br><br>'673 patent, claim 1<br>'636 patent, claims 1, 34<br>'360 patent, claim 16 | Plain and ordinary meaning<br>Identification of a reservation | a designator uniquely identifying a reservation (as that term is construed) | Plain and ordinary meaning |
| "reservation"<br><br>'673 patent, claim 3 | arrangement regarding reserved resources of a streaming system | a set of instructions uniquely identifying the communication device and the play script, and reserving system resources for streaming the requested media | Plain and ordinary meaning |
| "media clip[s]" / "advertising media clip[s]"<br><br>'635 patent, claim 18<br>'636 patent, claim 2 / '635 patent, claim 1, 2, 3, 11<br>'636 patent, claim 11<br>'846 patent, claims 1, 2, 7, 8 | Plain and ordinary meaning / Plain and ordinary meaning | complete media item[s], such as a complete movie or advertisement /<br>a complete advertisement[s] | Plain and ordinary meaning / Plain and ordinary meaning |

SIGNED this 25th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE