**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SITO MOBILE R&D IP,  SITO MOBILE, LTD.,** | § § § | |
| *Plaintiffs,* | § | **6-20-CV-00472-ADA** |
| *v.* | § § § | |
| **HULU, LLC,** | § § | |
| *Defendant.* | § § | |

## ORDER TRANSFERRING CASE

IT IS HEREBY ORDERED that Defendant Hulu's Motion to Transfer is GRANTED and

the above-captioned case is hereby transferred to the United States District Court for the Central

District of California under § 1404(a).


SIGNED this 4th day of August, 2021.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE